FEBRUARY 23, 2000

No. 98–829.  FLORIDA DEPARTMENT OF CORRECTIONS v. DICKSON ET AL.  C. A. 11th Cir.  [Certiorari granted, *ante*, p. 1132.] Writ of certiorari dismissed under this Court's Rule 46.1.